# Nebraska Court of Appeals Memorandum Opinions
## NOT Selected for Posting to Court Website

## (released the week prior to April 3, 2018)

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

| | |
|---|---|
| A-17-011 | Lineweber v. Kruse |
| A-17-153 | Leonor v. Frakes |
| A-17-435 | State v. Broberg |
| A-17-697 | Smith v. Pounds |
| A-17-804 | In re Interest of Dae Lyn W. |

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.